United States Bankruptcy Court
District of Connecticut

Novak,
    Plaintiff

Adv. Proc. No. 20-02019-jjt

SSF Imported Auto Parts, Inc.,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0205-2     User: lwatson     Page 1 of 1     Date Rcvd: Jul 28, 2020
                          Form ID: 115     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2020.
ust         +U. S. Trustee Region 1,    Office of The United States Trustee,    446 Main Street, 14th Floor,    Worcester, MA 01608-2361

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion02.nh.ecf@usdoj.gov Jul 28 2020 18:59:37      U. S. Trustee,    Office of the U.S. Trustee,    Giaimo Federal Building,    150 Court Street, Room 302,    New Haven, CT 06510-2022
                                                                                                                                                               TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2020 at the address(es) listed below:
         Anthony S. Novak     anthonysnovak@aol.com
         Jeffrey Hellman     on behalf of Plaintiff Anthony S. Novak  jeff@jeffhellmanlaw.com,     christen@jeffhellmanlaw.com
                                                                                                                                                                                               TOTAL: 2

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
July 28, 2020

In re:
    OnlineAutoParts.com, LLC
                      Debtor*

Case Number: 19−21510 jjt
Chapter: 7

Anthony S. Novak
                      Plaintiff(s)
v.
SSF Imported Auto Parts, Inc.
                      Defendant(s)

Adversary Proceeding
No.: 20−02019 jjt

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the Clerk of the Bankruptcy Court at the address in the lower left corner of this Summons within 30 days after the issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Jeffrey Hellman
> Law Offices of Jeffrey Hellman, LLC
> 195 Church Street
> 10th Floor
> New Haven, CT 06510

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED due to the exigent circumstances created by COVID−19, a Pretrial Conference of the proceeding commenced by the filing of the complaint will be held remotely using the ZoomGov platform, see Clerk's Announcement 2020−3, at:

> **11:00 AM on October 8, 2020**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Inquiries regarding the scheduled remote hearing should be directed to the following Courtroom Deputy email address CourtroomDeputy_Hartford@ctb.uscourts.gov.

**See below for ZoomGov Connection Instructions to participate via video and/or telephonically.**

| ZoomGov Connection Information |
|---|
| **Important Policy Notice to the Bar, Public, and Media** |
| Persons granted remote access to hearings and other proceedings held before the Court via ZoomGov, CourtSolutions, CourtCall, or any other remote communication platform, are reminded that pursuant to policy of the Judicial Conference of the United States and D. Conn. Bankr. L. R. 5073−1, it is absolutely prohibited to record, photograph, rebroadcast or retransmit such proceedings (including streaming, screen−shots or any other audio or video reproduction).<br><br>A violation of these prohibitions is subject to sanctions, including but not limited to restricted access to future hearings, removal of court issued media credentials, or any other sanctions deemed necessary by the Court. |
| Topic: USBC−CT Hartford October 8, 2020 Hearing<br><br>Join ZoomGov Meeting<br>https://www.zoomgov.com/j/1610379659?pwd=VmM4V2luanBnaDMrOGdHZGFuQXM4Zz09<br><br>Meeting ID: 161 037 9659<br>Password: Oct8−htfd<br>One tap mobile<br>+16692545252,,1610379659#,,,,0#,,507522361# US (San Jose)<br>+16468287666,,1610379659#,,,,0#,,507522361# US (New York)<br><br>Dial by your location<br>+1 669 254 5252 US (San Jose)<br>+1 646 828 7666 US (New York)<br>Meeting ID: 161 037 9659<br>Password: 507522361<br>Find your local number: https://www.zoomgov.com/u/adfbSnyM7 |

For further instruction and best practices for appearing remotely utilizing ZoomGov, please find the "Procedures and Instructions for Remote Appearances using ZoomGov" on our website at www.ctb.uscourts.gov.

Date of Issuance: July 28, 2020

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240−3675
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 115 − lbw

# CERTIFICATE OF SERVICE OF PROCESS

**Case Number: 20–02019**

I,_____(name), certify that service of this summons and a copy of the complaint was made _____(date) by (check one):

☐ **Mail service:** Regular, First Class United States mail, postage fully pre–paid, addressed to:

☐ **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service:** By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication:** The defendant was served as follows:

☐ **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____   _____
Date                              Signature
                                       _____
                                       Print Name
                                       _____
                                       Business Address
                                       _____
                                       City/State/Zip